IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| IAT INSURANCE COMPANY AS SUBROGEE OF SIMON LANDRY § § § PLAINTIFF, § § v. § PRIME WIRE AND CABLE, INC., § WALMART INC., AND WALMART § APOLLO, LLC § DEFENDANTS. § | CIVIL ACTION NO. 3:23-CV-00214  DEFENDANT DEMANDS A JURY |

## NOTICE OF PARTIAL SETTLEMENT AS TO DEFENDANTS WALMART, INC. AND WALMART APOLLO, LLC

COMES NOW, Plaintiff, Safeport Insurance Company as Subrogee of Simon Landry, and Defendants, Walmart, Inc. and Walmart Apollo, LLC (collectively the "Parties"), and jointly file this Notice of Settlement and in support show the Court as follows:

### I.

The Parties hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled as to the claims Plaintiff brings against Defendants Walmart, Inc. and Walmart Apollo, LLC, and to request that the Court enter a 30 or 60-day conditional order staying all deadlines and permitting the Parties to exchange and execute final settlement documents. The lawsuit does not involve a minor and will not require the appointment of a guardian ad litem. This settlement disposes of all claims and all parties.

### II.

The settlement includes all and claims against Defendants Walmart, Inc. and Walmart Apollo, LLC, whether known or unknown, for damages arising out of the incident at issue in this

case. Upon execution of all settlement documents, the case is to be dismissed with prejudice as to Defendants Walmart, Inc. and Walmart Apollo, LLC. All costs will be paid by Parties incurring same.

### III.

WHEREFORE, the parties pray that this Court enter a 30 or 60-day conditional order staying case deadlines, in anticipation of final settlement being completed.

Respectfully submitted,

**LAW OFFICE OF JEFFREY S. REDDALL, PC**

*/s/ Jeffrey S. Reddall *

Jeffrey S. Reddall
State Bar No. 16659200
LAW OFFICE OF JEFFREY S. REDDALL, P.C.
18756 Stone Oak Parkway, Suite 200
San Antonio, Texas 78258
Tel: (281) 242-6010
Fax: (281) 720-8198
E-mail: jeff@reddall-law.com
*Signed by permission*
**ATTORNEY FOR PLAINTIFF**


**BUSH & RAMIREZ, PLLC**

*/s/ John A. Ramirez*
John A. Ramirez
State Bar No. 00798450
Federal ID No. 21280
5615 Kirby Drive, Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile: (713) 622-8077
jramirez.atty@bushramirez.com
**ATTORNEYS FOR DEFENDANT WALMART, INC. AND WALMART APOLLO, LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 13th day of August 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. True and correct copies of this document and all attachments have been served to counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

                                                */s/ John A. Ramirez*
                                                John A. Ramirez