United States District Court
Southern District of Texas
**ENTERED**
August 16, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| IAT INSURANCE COMPANY AS SUBROGEE OF SIMON LANDRY, § § § | | |
| Plaintiff, § § | | |
| VS. § § | 3:23-cv-214 | |
| PRIME WIRE AND CABLE, INC *et al.*, § § § § | | |
| Defendants. § | | |

## **ORDER**

The parties have advised the court that they have reached a settlement. Dkt. 34. Accordingly, the court orders that all claims against the defendants in the above-styled case are dismissed with prejudice to refiling, unless a party represents in a writing filed with the court on or before Monday, October 14, 2024, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Monday, October 14, 2024.

Signed on Galveston Island this 16th day of August, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE