United States District Court
Southern District of Texas
**ENTERED**
September 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IAT INSURANCE COMPANY AS SUBROGEE OF SIMON LANDRY, | § § § § § | |
| Plaintiff, | | |
| VS. | § § | 3:23-CV-214 |
| PRIME WIRE AND CABLE, INC., WALMART INC., AND WALMART APOLLO, LLC, | § § § § | |
| Defendants. | | |

## STIPULATED DISMISSAL WITH PREJUDICE

Before the court is the parties' stipulation of dismissal with prejudice, filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkts. 36-37.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 16th day of September, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE